■ FRANK MARCY, Plaintiff, v. CHARLES J. MALSIEJEWSKI, Defendant. (Action No. 1.) ROSE MAZZIOTTO, as Administratrix of the Estate of SALVATORE DISPIGNO, Deceased, Respondent, v. FRANK MARCY et al., Appellants. (Action No. 2.)— In an action (Action No. 2 of two consolidated actions) by an administratrix to recover damages for wrongful death and conscious pain and suffering, defendants appeal from an order of the Supreme Court, Nassau County, dated January 3, 1966, which granted plaintiff's motion to set aside a settlement of the action and restored the action to the calendar for trial. Upon the appeal by defendant Marcy, order affirmed, with $10 costs and disbursements. No opinion. Upon the appeal by defendant Molsiejewski, on the court's own motion the appeal is dismissed, without costs, upon his failure to appear or file a brief. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ SARAH PODHEISER et al., Respondents, v. SOMERSTEIN CATERERS, INC., et al., Appellants.— In a negligence action to recover damages for personal injuries, medical expenses and loss of services, defendants appeal from an order of the Supreme Court, Kings County, entered June 9, 1965, which denied their separate motions to dismiss the complaint for lack of prosecution and granted plaintiffs' cross motion to remove the action to the Civil Court of the City of New York, Kings County. Order reversed, without costs; defendants' motions granted and complaint dismissed; and plaintiffs' cross motion denied, without costs. Pursuant to CPLR 3216, a notice was served upon plaintiffs demanding that within 45 days thereafter plaintiffs file a note of issue. Plaintiffs failed to comply with the demand and have not shown a justifiable excuse for the delay (cf. *Scalia* v. *City of New York*, 25 A D 2d 452; *North Shore Exch.* v. *Home Ins. Co.*, 24 A D 2d 1021; *Bisnoff* v. *Bergman*, 24 A D 2d 557; *Passalacqua* v. *County Estates*, 24 A D 2d 497; *Glick* v. *Flick Realty Corp.*, 20 A D 2d 876; *Smallen* v. *Sherman Sq. Hotel Corp.*, 20 A D 2d 527). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED L. FOGGIE, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered August 9, 1965, convicting him of robbery in the third degree (unarmed), upon his plea of guilty, and sentencing him to serve a prison term of 5 to 10 years as a second felony offender. Defendant's only contention on this appeal is that the sentence imposed was excessive. Judgment affirmed. In our opinion, the sentence was not excessive under the circumstances presented. Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.

## (September 29, 1966)

■ CHICKEN DELIGHT EASTERN, INC., Appellant, v. KENNETH S. WENKE et al., Respondents.— Motion by respondents to compel appellant to serve and file a further appendix. Motion denied. Appellant's attention is directed to *E. P. Reynolds, Inc.* v. *Nager Elec. Co.* (17 N Y 2d 51, 56). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.